BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>JUAN CHAVEZ MARTINEZ,<br><br>               Defendant. | CASE NO.: 1:10-CR-0339 LJO<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING HEARING<br><br>Old Date: Oct. 14, 2011<br>Old Time: 9:00 a.m.<br><br>**New Date: November 4, 2011**<br>**New Time: 9:00 a.m.**<br>**Courtroom: Four**<br>   (Hon. Lawrence J. O'Neill) |

    Defendant Juan Chavez-Martinez pled guilty on July 22, 2011, in this case. Sentencing is currently set for October 14, 2011, at 9:00 a.m. and the parties have stipulated and agreed to continue the sentencing until November 4, 2011 at 9:00 a.m. or such other date as is convenient to the Court.

    The continuance is requested to allow defense counsel sufficient time to fully respond to the government's sentencing memorandum; to allow for the possibility that the defendant is able to meet the

///

///

_____
Stipulation & [Proposed] Order Continuing Sentencing Hearing

qualifications for a 'safety valve' sentence reduction such that the government withdraws its current objection; and to accommodate a work-related scheduling conflict for government counsel.

```
                                        Respectfully submitted,
Dated: October 13, 2011                 BENJAMIN B. WAGNER
                                        United States Attorney


                                   By:  /s/ Kevin P. Rooney
                                        KEVIN P. ROONEY
                                        Assistant U.S. Attorney



Dated: October 13, 2011                  /s/ Martin Taleisnik
                                        MARTIN TALEISNIK
                                        Attorney for Defendant
                                        Juan Chavez Martinez
```

___

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from October 14, 2011 to November 4, 2011, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   October 13, 2011**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE